**Motion Granted and Order filed November 29, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00692-CV
_____

**ENERGY STRATEGIC ADVISORY SERVICES LLC AND BLUESCAPE ENERGY PARTNER LLC, Appellant**

**V.**

**ENTERPRISES PRODUCTS OPERATING, LLC AND ACADIAN GAS PIPELINE SYSTEM, Appellee**

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2016-60848A**

## ORDER

On November 26, 2018, the parties filed a joint motion to abate this appeal. The motion states the parties are engaged in settlement discussions and believe this matter may be resolved. They ask that the appeal be abated to allow time for settlement. The motion is **GRANTED**. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **<u>January 28, 2019</u>**. The parties shall file a motion to continue the abatement, reinstate the appeal, or dismiss the appeal by that date. If the motion is to continue the abatement, the motion shall state the reasons for continued abatement.

The appeal will be reinstated on this court's active docket after January 28, 2019, or when the parties file a motion to reinstate the appeal, whichever is earlier. The court may reinstate the appeal on its own motion.

PER CURIAM